**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| DANNY ISIMINGER, INDIVIDUALLY AND TDBA ISIMINGER'S TOWING SERVICE, | : | No. 244 WAL 2015 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| BRENDA DAVIS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.